# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID M. ADAMS,** : | |
| : | **CIVIL ACTION NO. 3:19-1572** |
| Petitioner : | |
| : | **(JUDGE MANNION)** |
| v. : | |
| **WARDEN D.K. WHITE,** : | |
| : | |
| Respondent : | |

## ORDER[1]

Upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus is **DENIED**.

2. The Clerk or Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: May 4, 2020
19-1572-01 order

---

[1] This matter has been reassigned due to the death of the Honorable James M. Munley.